UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - X
In re:                                          Case No. 10-77903

GUILLERMO CARRION,
MARTHA CARRION,
                                                CHAPTER 13 PLAN
              Debtors
- - - - - - - - - - - - - X

     1. The future earnings of the Debtors are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee for a total period of 60 months, the sum of:

     A.    $800 commencing November 1, 2010, through October 1, 2015.

     2. From the payments so received, the trustee shall make disbursements as follows:

     (a) Full payment to holders of allowed secured claims. Such claimants shall retain the statutory liens securing such claims and shall be paid as follows:

     Pre-petition mortgage arrears in the amount of $8,280 due to Sovereign Bank and pre-petition mortgage arrears in the amount of $2,529 due to Bank of America.

     All post-petition payments due to TD Bank North, under the loan number ending in 2243, shall be made outside of the plan.

     (b) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507(a)(1) and (a)(8), including the Chapter 13 Trustee's commissions, legal

fees to Ortiz & Ortiz, L.L.P., in the amount of $1,774, and any claims of the state and federal taxing authorities.

(C) Subsequent to distribution to the Chapter 13 Trustee and other priority creditors, dividends to unsecured creditors whose claims are duly allowed as follows: Pro rata distribution to all timely filed proofs of claim.

3. The following executory contracts of the debtor are rejected:            None.

Title to the debtor's property, EXCEPT REAL PROPERTY, shall revest in the debtor on confirmation of a plan or until further order of this court.

Throughout the term of this plan, debtor agrees that debtor will not incur post-petition debt over $1,500.00 without first notifying the Chapter 13 trustee in writing.

Dated:

_____
Debtor

_____
Debtor

s/Norma Ortiz
Norma E. Ortiz (4748)
Ortiz & Ortiz, L.L.P.
127 Livingston Street
Brooklyn, New York 11201
Tel. (718) 522-1117
Debtor's Counsel

2